UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON SEPANSKI,

    Plaintiff,

v.    Case No. 8:05-CV-893-T-24MAP

NEC DISPLAY SOLUTIONS
OF AMERICA, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Plaintiff's telephonic notice of settlement and Defendant's Notice of Pending Settlement (Doc. No. 8). Having considered Plaintiff's telephonic notice of settlement and Defendant's Notice of Pending Settlement, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of October, 2005.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record